CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 SEP 20  AM 9: 08

DEPUTY CLERK _____

JOHNATHAN MITHELL,
D/B/A
MGC CONSULTING
413 N. BECKLEY AVE
DALLAS, TX  75203
214-878-9417

Removing Party In pro se

ORIGINAL

# IN THE DISTRICT COURT
# _____ JUDICIAL DISTRICT
# DALLAS COUNTY, TEXAS

**SCOJO SOLUTIONS,**

      Plaintiff

  v.

**8-12CV-3814M**

**JOHNATHAN MITCHELL
KIANA COOKS AND OCCUPANTS**
915 FAIRBANKS
DUNCANVILLE, TX  75317

     Defendants

**District Court Case No.:**

_____

From:
JUSTICE OF PEACE PRECINT No.
DALLAS  County,
Cause  No.
JE12-02509G

**NOTICE OF REMOVAL
OF JP COURT PROCEEDING
TO JUDICIAL DISTRICT COURT***

**[AUTOMATIC STAY IMPOSED]**

*Notice served on Justice Court on
SEPTEMBER  19, 2012

    To all parties and their counsel of record, please take notice that the Justice Court case referenced here, above, has been REMOVED TO THE STATE OF TEXAS JUDICIAL DISTRICT COURT DALLAS COUNTY, TX Courthouse for further proceedings under JDC

Notice of Removal of JP Court Action to TEXAS JUDICIAL District Court

- 1

case no. _____ as set forth above.

Said Removal shall divest and disqualify this COUNTY JP court from taking any further action in the underlying case for want of jurisdiction under 28 U.S.C. 1332, 1441, 1446, 1453, et al and FRCP Rule 11.

Copies of this Notice are being served on counsel for plaintiff and filed with the Clerk of the above JP Court for the County of DALLAS, with *proof of service* attached hereto. Formal determination of property rights are in issue in this action and must be adjudicated as a condition precedent to a determination under the state case referenced. Defendant intend to litigate the issue of the legality of the possession of his single family home believed to have been wrongfully sued for eviction by reason of false and fraudulent means and conveyed to plaintiff in violation of Texas statutes applicable, et al., and will be filing a Related Action which will be based procedurally, inter alia., on state questions and diversity jurisdiction, to be filed forthwith to seek damages and equitable relief including, the enjoining of the current forceful detainer action herein to avoid addition harm to defendants interest. The force and effect of this proposed action will materially affect this instant Removed action.

## GROUNDS: STATE/FEDERAL QUESTION and DIVERSITY OF PARTIES

This court has jurisdiction over this matter as it involves a state judicial *question*, the taking of real property without due process. Thus the requirements under 28 USC § 1332(c)(2)(A) are satisfied. The Removal was effectuated timely under either state/federal question or diversity jurisdiction.

September 19, 2012

JOHNATHAN MITCHELL

KIANA COOKS
*In Pro Se*

PROOF OF SERVICE ATTACHED WITH SERVICE
UPON THE JUSTICE COURT OF THIS DOCUMENT.

413 N. Beckly
Dallas, TX 75203
214-878-4417

Notice of Removal of JP Court Action to TEXAS JUDICIAL District Court

- 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following Plaintiffs of record via facsimile/ U.S. Mail/hand delivered in accordance with the Texas Rules of Civil Procedure on September 19, 2012:

Attorneys or Parties served:

SCOJO SOLUTION, LLC

AGENT/SCOTT HORNE

1795 NORTHWEST HIGHWAY

GARLAND, TX  75041

972 – 840 - 0660

Notice of Removal of JP Court Action to TEXAS JUDICIAL District Court

- 3

CAUSE #_____

PROOF OF SERV ICE

THIS CERTIFIES THAT JOHNATHAN MITCHELL IN THE ATTACHED NOTICE OF REMOVAL FROM COURT 4/1 TO DALLAS COUNTY ____JUDICIAL COURT HAS DELIVERED A TRUE AND CORRECT COPY OF THE NOTICE TO THE COURT CLERK.

JOHNATHAN MITCHELL

T H E   S T A T E   O F   T E X A S

TO THE DEFENDANT:      COOKS, KIANA AND ALL OCCUPANTS

ADDR: 915 FAIRBANKS
RENT:     $750.00
DOCKET NO. JE12-02509G

GREETING: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF THE PEACE IN AND FOR PRECINCT NO. 4 DALLAS COUNTY, TEXAS, IN THE CITY OF GRAND PRAIRIE   AT   09:30 A.M.,   ON THE 20TH DAY OF SEPTEMBER A.D.,2012, THEN AND THERE TO ANSWER TO THE COMPLAINT OF THE PLAINTIFF.

SCOJO SOLUTION, LLC
AGENT/SCOTT HORNE
1795 NORTHWEST HIGHWAY
GARLAND, TX 75041
(972)    840   0660

FILED ON SEPTEMBER 07, 2012   EVICTION CITATION NO. JE12-02509G. THE NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES KNOWN AS HOUSE NO. 915       STREET FAIRBANKS                     APT. NO. IN SAID PRECINCT, FOR BACK RENT IN THE SUM OF $       750.00        FOR RENT ACCRUING, FOR COST, AND REASONABLE ATTORNEY'S FEES $              , IF ANY.

PLAINTIFF
VS.
COOKS, KIANA & OCC.
915 FAIRBANKS
DUNCANVILLE, TX 75317

IF YOU DESIRE TRIAL BY JURY IT MUST BE REQUESTED AND JURY FEE PAID ON OR BEFORE FIVE DAYS UPON RECEIPT OF THIS CITATION.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL  MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU.  IF A JUDGMENT FOR POSSESSION IS ENTERED THE PLAINTIFF WILL HAVE THE RIGHT TO HAVE YOUR POSSESSIONS REMOVED FROM THIS PROPERTY BY ORDER OF THE COURT

**SUIT TO EVICT:  THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES.  A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C.  APP. SECTION 501 ET SEQ.), OR STATE LAW, INCLUDING SECTION 92.017, TEXAS PROPERTY CODE.  CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY.  IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.**

DEFENDANT
EVICTION CITATION
IN THE JUSTICE COURT

**DEMANDA DE DESALOJO:  ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE INMEDIATA.  UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER DERECHOS O ALIVIO ESPECIALES RELACION ADO CON ESTA DEMANDA BAJO LA LEY FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE. PARA ASISTENCIA EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACION DE ABOGADOS DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER PAGAR UN ABOGADO.  TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O BAJO-COSTO.**

CITATION ISSUED TO:
CONST#4 R.H.WILLIAMS

APPEARANCE DATE THIS CASE
SEPTEMBER 20, 201209:30 A.M

A COPY OF PLAINTIFF'S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS SEPTEMBER 07, 2012

_Norris "Stretch" Rideaux_
JUSTICE OF THE PEACE

NORRIS RIDEAUX
JUSTICE OF THE PEACE
PRECINCT  4, PLACE 1
DALLAS COUNTY
630 WEST MAIN STREET
GRAND PRAIRIE, TEXAS 75050
(214)  875-2100

## JUSTICE COURT
## PRECINCT 4 – PLACE 1

| |
|---|
| **IF YOU DO NOT WISH TO** |
| **OPPOSE THIS EVICTION** |
| **YOU ARE NOT REQUIRED** |
| **TO APPEAR TO ANSWER** |
| **THIS SUMMONS** |

## SI USTED NO DESEA CONTESTAR A ESTE CITATORIO DE DESALOJO SU PRECENCIA NO ES NECESARIA EN CORTE

No. JE _____ G   Receipt # _____

**Plaintiff:**  __Scojo Solutions, LLC_____

(Landlord's name as stated in oral or written rental agreement)

**IN THE JUSTICE COURT**

**VS.**

**Defendant(s):** ____Kiana Cooks_____

**PRECINCT 4, PLACE 1**

_____

**And all occupants** _____

**DALLAS COUNTY, TEXAS**

## SWORN COMPLAINT FOR EVICTION

**COMPLAINT:** Plaintiff files this sworn complaint against the above-named Defendant(s) to evict Defendant(s) from Plaintiff's premises including storerooms and parking areas, which is located in the above precinct and which is described below. The complaint is filed in accordance with Rules 739 and 740 of the Texas Rules of Civil Procedure.

____915 Fairbanks, Duncanville, TX 75317_____
Street Address          Unit No (if any)     City          State          Zip

The parties entered into (circle one) an oral or written agreement for occupancy of the above premises beginning __June 1, 2012__
The rental agreement ____ has or _____ has not been renewed by separate instrument.

**SERVICE OF CITATION.** Plaintiff requests service of citation on defendant(s) by personal service at home or work under Rule 742 Texas Rules of Civil Procedure. Plaintiff requests alternative service under Rule 742a after the serving officer makes two unsuccessful attempts to personally serve defendants at known home and known work addresses.

**The only home address known to plaintiff for the Defendant is the premises described above. Plaintiff knows of no other address where the Defendant may be found, except as follows:**

Defendant ____unknown_____ works for _____
                                                                                      **(Employer's name if known)**

_____   _____
**(Street address, city, state and zip code of defendant's work address if known)**

**BOND FOR POSSESSION.** (Posting a bond for possession is discretionary.) If Plaintiff has filed a "Bond for Possession" with this complaint under Rule 740, Plaintiff requests that (1) the amount of the bond be set by the court, (2) the bond be approved by the court and (3) notice as required by Rule 740 be given to defendants regarding counter bond.

**NOTICE TO VACATE.** Plaintiff gave defendant(s) a written notice to vacate. The notice to vacate was given on the __17th__ day of __August__, 2012_ by the following method: (check at least one)

☐      Hand delivered to any one of the Defendants named above or hand delivered to any person over the age of 16 residing in the dwelling.

☐      Posted on the inside of the dwelling's main entry door

☐ **X    Sent by first class U.S. mail**

☐      Other method: _____

Defendants were still in the dwelling when this complaint was filed.

FILED 12 SEP -7 AM 8:48 JUSTICE OF THE PEACE 4-1 DALLAS COUNTY, TEXAS

**GROUNDS FOR EVICTION.** Judgment for possession is requested:

_**If for rent not paid according to the terms of an agreement:**_
Defendants failed to pay rent in accordance with the agreement as follows:

Rental Agreement: $ __750.00__     $ __750.00__     $ __N/A__
        (Monthly Rent)        (Tenant Pays)        (Gov't Subsidy Amt.)

Date of the month Rent is due:        __1st__

Months or period Defendant did not pay as agreed: __August 2012__

**Total Rent Due at time of filing:**      $ __750.00__

**_If for other grounds:_**
Plaintiff's grounds for eviction of defendants (other than unpaid rent or holding over) are as follows:

_____

_____

_____

**JUDGMENT REQUESTED.** Plaintiff requests judgment as follows, and reserves the right to plead further orally at trial:

**Eviction and Writ of Possession:** Plaintiff requests judgment for eviction and that a writ of possession be issued by the Court

**Costs of Court:** Plaintiff requests judgment for all court costs incurred in this cause.

**Rent:** If eviction is based on unpaid rent or holding over, Plaintiff requests judgment for all unpaid rent due under the rental agreement o: at the time of judgment.

**Attorney's Fees.** If plaintiff engages an attorney, plaintiff requests judgment for attorney's fees because *(check only one)* __X__ the written rental agreement contains a provision expressly entitling plaintiff to attorney's fees, or ____ plaintiff gave notice to vacate, by certified or registered mail, 10 or more days before filing this complaint.

This court may send any notice to       PLAINTIFF: _____
Plaintiff via mail, telephone, or fax as follows:           Print

Street address __1795 Nath worth Hwy__    By: _____
                            Signature

City, state, zip __Rowland, TX 75041__   Title _____

_____     Printed name of **person signing:**

(972) 840-0060 (972) 840-1295     __Scott Horne__
hone number    Fax number     The above signature is: *(check one below)*
                                       ☑     Signature of Plaintiff
                                       ☐     Signature of agent for Plaintiff, with title shown

STATE OF TEXAS
COUNTY OF DALLAS
Sworn to and subscribed before me by the above signatory on the __31__ day of __August__ _____, 2012

                    Notary Public for the State of Texas, or Justice Court Clerk

NANCY GARCIA
My Commission Expires
July 20, 2015

CASE NO. JE_____

PLAINTIFF _Srojo Solutions, LLC_ §   JUSTICE COURT
                                  §   PRECINCT 4, PLACE 1
VS.                               §   630 W. MAIN STREET
                                  §   GRAND PRAIRIE, TEXAS 75050
                                  §   PHONE    (214) 875-2100
DEFENDANT _Kiana Cooks_           §   FAX   (214) 875-2091
                                  §

## STATE OF TEXAS COUNTY OF DALLAS
## AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)

Before me, the undersigned notary of clerk of the Justice Court, on this day personally appeared the undersigned affiant whose identity is known to me. After I administered an oath to such affiant, he or she upon oath and under penalty of perjury (fine and/or one year in jail), stated the following:

My Name is (please print) _L. Scott Horne_

I am _____ the Plaintiff or __✓__ an authorized agent of the Plaintiff in the case described above. I am capable of making this affidavit. The facts stated in the affidavit are within my personal knowledge and are true and correct.

Please select ONE of the following:

1. No Defendant named in this case is on active duty in the U.S. Military (Army, Navy, Air Force, Marines, or Coast Guard).   The facts upon which I base my conclusions are as follows:

_____

Defendant (insert name) _____ is on active duty in the U.S. Military.

Defendant (insert name) _____ has been deployed by the U.S. Military to a foreign country.

Plaintiff and the undersigned (if the undersigned is acting as an agent of the Plaintiff) are not able to determine whether any defendant is on active duty in the U.S. Military.

Plaintiff and undersigned (if the undersigned is acting as an agent of the Plaintiff) are not able to determine whether any defendant who is active duty in the U.S. Military has been deployed to a foreign country.

Defendant (insert name) _____ has signed, while on active duty, a separate written waiver or a written lease containing a waiver of his or her rights under the U.S. Service Members Civil Relief Act of 2003.

NANCY GARCIA
My Commission Expires
July 20, 2015

SIGNATURE OF AFFIANT

SWORN TO AND SUBSCRIBED before me this _30_ day of _August_ 20_12_

NOTARY

1795 Northwest Highway
Garland, Texas 75041
972-840-0660 x2
Fax: 972-840-1299

# Scojo Solutions, LLC

### NOTICE TO VACATE FOR NON PAYMENT OF RENT
### DEMAND FOR POSSESSION, AND
### TERMINATION OF RIGHTS OF POSSESSION

August 17, 2012

Kiana Cooks
All Occupants
915 Fairbanks
Duncanville, TX 75317

RE:   Property located at 915 Fairbanks, Duncanville, TX 75317

Dear Ms. Cooks and All Occupants,

Because of nonpayment of rent on the leased premises, your rights of occupancy and possession are hereby terminated.

**You must bring you account current immediately and remain current.**

Demand for possession is hereby made. You are hereby given notices to vacate the premises on or before midnight **ONE day** from the delivery of this notice to you or to your leased space. Your failure to move out then will result in appropriate legal action before the Justice of the Peace. Delay or postponement of such action shall not constitute waiver.

Prompt payment of your account would be greatly appreciated. Please contact our office immediately.

Sincerely,

Nancy Gonzalez
Scojo Solutions, LLC
972-840-0660 x2

Notice was ( ) hand delivered or (X) mailed to the (X) resident ( ) leased premises on the above date.

PLAINTIFF: _____SCOJO SOLUTION, LLC_____    CASE NO. _____JEI202509_____    IN THE JUSTICE COURT

VS                                                                                                PRECINCT 4

DEFENDANT: _____COOKS, KIANA_____ AND ALL OCCUPANTS    DALLAS COUNTY, TEXAS

# SWORN REQUEST FOR ALTERNATIVE SERVICE UNDER RULE 742a

## TO THE HONORABLE JUDGE OF SAID COURT:

I, _____W. PROVENCE # 436_____ a Peace Officer of Dallas County, Texas receiving the above citation for service of process, have made diligent efforts to serve such citation on at least two occasions at the home address of the defendant named and on at least two occasions at the work address, if any, of the defendant(s) named above. Plaintiff has stated on Plaintiff's sworn complaint that the plaintiff knows of no other home or work address of said defendant's in this county. I attempted service under **Rule 742a** at the following places on the following dates, at the following times and was unsuccessful and I have satisfied the requirements of **Rule 742a** .

Deputy_____W. PROVENCE # 436_____, a fellow peace officer of Dallas County, Texas, who personally attempted service and provided this information to Affiant and whose information Affiant believes to be credible, received the above citation for service of process. He made diligent efforts to serve such citation on at least two occasions at the home address of the named defendant and on at least two occasions at the work address, if any, of the defendant(s) named above. Plaintiff has stated in plaintiff's sworn complaint that the plaintiff knows of no other home or work address of said defendant's in the county. Service was attempted under **Rule 742a** at the following places on the following dates and times and was unsuccessful and he has satisfied the requirements of **Rule 742a** .

HOME ADDRESS: _____915 FAIRBANKS_____    _____DUNCANVILLE_____ , TEXAS _____75137_____

DATE: 09 / 10 / 12    TIME: _____1015_____ A -M    DATE: 09 / 11 / 12    TIME: _____1229_____ P -M

WORK ADDRESS: _____N/A_____    _____ , TEXAS _____

DATE ____/____/____    TIME: _____ ____ -M    DATE: ____/____/____    TIME: _____ ____ -M

SWORN TO AND SUBSCRIBED BEFORE ME ON THE
11TH DAY OF _____SEPT_____ 20 __12__

_____
NOTARY PUBLIC

Deputy / Affiant

BARBARA GREEN NORTHCUTT
Notary Public
STATE OF TEXAS
My Comm. Exp. Feb. 19, 2016

## ORDER AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 742a

This court finds that_____W. PROVENCE # 436_____ who is the officer receiving the above citation for service of process has made attempts on at least two occasions to serve such citation pursuant to the requirements of **Rule 742a** regarding alternative service. This court finds that the officer was unsuccessful in serving citation under **Rule 742a** and that all requirements for authorizing alternative service under **Rule 742a** have been met. Accordingly, such officer is hereby authorized to serve such citation on the following defendant's: same as above and all occupants:

According to the following procedures:

(A) the officer shall place the citation inside the premises in question by placing it through a door, mail chute or by slipping it under the front door, and if neither method is possible or practical, the officer shall securely affix the citation to the front door or main entry of the house:

(B) On the same day as service under (a) above the next day, the officer shall deposit in the mail a true copy of such citation with a copy of the sworn complaint attached thereto, addressed to the defendant at the premises in question and sent by first class mail;

(C) the officer shall note on the return of such citation the date of delivery under (a) above and the date of mailing under (1) above; and

(D) delivery and mailing to the premises shall occur at least six days before the return day of the citation. On or before the day assigned for trial, the officer shall return such citation with his action written thereon to the Court.

Entered and signed this 11TH day of _____SEPT_____ , 20 12

_____
Justice of the Peace, Precinct _____4-1_____

created 03/21/2011

**United States District Court**
**Northern District of Texas**

RECEIVED

SEP 2 0 2012

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Supplemental Civil Cover Sheet For Cases Removed**
**From State Court**

ORIGINAL

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

**3-12CV-3814M**

1.    **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

**Court**

JP Precinct 4, Place 1

**Case Number**

JE12-025096

2.    **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

**Party and Party Type**

Johnathan Mitchell & Kiang, Cooks + Dcc  Defendant
SoJo Solutions LLC  Plaintiff
agent Scott Horne  Plaintiff
1745 Northwest.

**Attorney(s)**

agent Scott Horne
1745 Northwest Highway
Garland, Tx. 75041

3.    **Jury Demand:**

Was a Jury Demand made in State Court?        •  Yes        • No

If "*Yes*," by which party and on what date?

_____        _____
Party                                              Date

**Supplemental Civil Cover Sheet**
**Page 2**

4.      **Answer:**

Was an Answer made in State Court?        •  Yes         • No

If "*Yes*," by which party and on what date?

_____        _____
Party                                                                          Date

5.      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

**Party**                                          **Reason(s) for No Service**

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

**Party**                                          **Reason**

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

**Party**                                          **Claim(s)**

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Scojo Solutions, LLC

**DEFENDANTS**
Kiana Cooks + Johnathan Mitchell MGC Consulting

RECEIVED
SEP 20 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b)** County of Residence of First Listed Plaintiff  Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott Storne 1745 Northwest Highway Garland, TX 75041

Attorneys *(If Known)*
3-12CV-3814M

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff,*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☑ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Fraud and Misrepresentation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
*(See instructions)*:

JUDGE                                    DOCKET NUMBER

DATE  9/20/12

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE